


UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOULD PAPER CORPORATION, | Civil Action No. 07- |
| Plaintiff, | |
| v. | 07 CIV 7059 |
| OAK LANE PRINTING, INC., | **COMPLAINT** |
| Defendant. | |

Plaintiff Gould Paper Corporation ("Gould"), by and through its counsel, Lowenstein Sandler PC, by way of Complaint against Defendant Oak Lane Printing, Inc. ("OLP"), alleges and avers as follows:

## PARTIES

1.  Plaintiff Gould is a corporation organized and existing under the laws of the State of New York with its principal place of business at 11 Madison Avenue, New York, New York 10010.

2.  Upon information and belief, Defendant OLP is a corporation organized and existing under the laws of the State of Pennsylvania with its principal place of business located at 9999 Global Road, Philadelphia, Pennsylvania 19115.

## JURISDICTION AND VENUE

3.  This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 and, with respect to certain claims, 28 U.S.C. § 1367. The matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different States.

4. Venue is proper in accordance with 28 U.S.C. § 1391(a) because Plaintiff Gould's principal place of business is in this District and because a substantial part of the events or omissions giving rise to Gould's claim occurred in this District.

## FACTUAL BACKGROUND

5. At all times relevant hereto, OLP was a customer of Gould.

6. On or about October 16, 2006 through on or about February 5, 2007, OLP was a customer of Gould. The parties' agreement is evidenced by a series of invoices.

7. Gould duly rendered invoices to OLP for the amounts due and owing for the purchased merchandise.

8. Notwithstanding repeated demands, OLP has failed and refused to pay these invoices and they remain outstanding and overdue.

9. The amount due and owing on the unpaid invoices currently totals approximately $214,655.32. A true and correct copy of Gould's statement of account is attached hereto as Exhibit "A".

## FIRST COUNT

10. Gould repeats and realleges the allegations contained in the foregoing paragraphs as if set forth herein at length.

11. Based on the conduct set forth above, OLP has materially breached the parties' agreement and, as a result, Gould has been and will continue to be damaged in its business.

WHEREFORE, Gould demands judgment against OLP, on the First Count of the Complaint:

(a) in the amount of $214,655.32 plus pre-judgment and post-judgment interest;

(b) awarding costs and disbursements incurred by Gould in prosecuting this action, including reasonable attorneys' fees; and

(c) for such other and further relief that the Court deems just.

## SECOND COUNT

12. Gould repeats and realleges the allegations contained in the foregoing paragraphs as if set forth herein at length.

13. OLP owes Gould $214,655.32 on a certain book account for merchandise sold to, delivered to and accepted by OLP.

14. Payment has been demanded and has not been made.

15. As a result, Gould has been and will continue to be damaged in its business.

WHEREFORE, Gould demands judgment against OLP, on the Second Count of the Complaint:

(a) in the amount of $214,655.32 plus pre-judgment and post-judgment interest;

(b) awarding costs and disbursements incurred by Gould in prosecuting this action, including reasonable attorneys' fees; and

(c) for such other and further relief that the Court deems just of merchandise delivered, which equals the amount due.

## THIRD COUNT

16. Gould repeats and realleges the allegations contained in the foregoing paragraphs as if set forth herein at length.

17. OLP has failed to pay amounts due and owing for goods sold.

18. These actions have conferred a benefit upon OLP for which it has not compensated Gould.

19. As a direct and proximate result of OLP's conduct, Gould has been and will continue to be damaged in its business.

WHEREFORE, Gould demands judgment against OLP, on the Third Count of the Complaint:

(a) in the amount of $214,655.32 plus pre-judgment and post-judgment interest;

(b) awarding costs and disbursements incurred by Gould in prosecuting this action, including reasonable attorneys' fees; and

(c) for such other and further relief that the Court deems just.

**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700
Counsel for Plaintiff Gould Paper Corporation

By: /s/ Kara K. Lewis
Kara K. Lewis, Esq. (KL7973)

Dated: August 3, 2007

# Exhibit A



**GOULD PAPER CORPORATION**

11 Madison Avenue, New York, N.Y. 10010-3680
Tel. (212) 301-0000 * Fax (212) 481-0067

```
                                    S T A T E M E N T     Page 1
                                    PERIOD ENDING : 07/23/07
                                    ACCOUNT NUMBER: OAK671

OAK LANE PRINTING, INC.
9999 GLOBAL ROAD
PHILADELPHIA, PA 19115




Remit to:                           Payments received after
Gould Paper Corporation             07/23/07 are not included
2284 PAYSPHERE CIRCLE               on this statement.
CHICAGO, IL  60674




  DATE     INVOICE #    PURCHASE ORDER        DUE DATE       AMOUNT            DUE
--------  -------------  ------------------------  --------  ---------------  ---------------

10/16/06  370000632101  SEE BELOW               11/16/06     10,632.12           594.72
10/18/06  370000635701  SEE BELOW               11/18/06      4,657.91         1,570.23
10/19/06  370000636201  SEE BELOW               11/19/06      2,933.20         2,933.20
10/20/06  370000635801  060829                  11/19/06      3,095.04         3,095.04
10/30/06  11019212401   060852                  11/30/06     26,204.99        26,204.99
10/31/06  11019212402   060852                  12/01/06     24,138.36        24,138.36
12/01/06  370000661701  060934                  01/01/07     12,136.10        12,136.10
12/07/06  370000668101  SEE BELOW               01/06/07     10,008.00        10,008.00
12/08/06  370000668001  060954                  01/08/07      2,727.74         2,727.74
12/15/06  370000673301  061026, 061024          01/14/07      1,575.37         1,575.37
12/18/06  370000673201  061022, 061006          01/18/07      7,374.24         7,374.24
12/19/06  370000674201  SEE BELOW               01/19/07      1,767.84         1,767.84
12/19/06  370000674202  SEE BELOW               01/19/07      1,037.85           953.70
12/19/06  370000674203  SEE BELOW               01/19/07      2,651.76         2,651.76
12/20/06  370000674701  060993                  01/20/07         84.15            84.15
12/21/06  370000672401  060934                  01/20/07     39,821.74        39,821.74
12/27/06  370000675801  SEE BELOW               01/27/07      5,439.60         5,439.60
12/27/06  370000675802  SEE BELOW               01/27/07      5,303.52         5,303.52
01/05/07  370000681201  061043, 060859          02/05/07      1,352.96         1,352.96
01/05/07  370000681202  061043, 060859          02/05/07      3,348.00         3,348.00
01/05/07  370000681401  061043                  02/04/07      6,223.62         6,223.62
01/08/07  370000681702  060859                  02/08/07      7,055.50         7,055.50
01/09/07  370000681901  061043                  02/08/07      3,365.49         3,365.49
01/16/07  370000687601  070030, 070033          02/15/07      1,317.56         1,317.56
01/17/07  370000687501  070028                  02/17/07      5,303.52         5,303.52
01/26/07  370000693602  070063                  02/26/07        837.00           837.00
```

CONTINUED ON NEXT PAGE



11 Madison Avenue, New York, N.Y. 10010-3680
Tel. (212) 301-0000 * Fax (212) 481-0067

```
                                S T A T E M E N T    Page 2
                                PERIOD ENDING : 07/23/07
                                ACCOUNT NUMBER: OAK671


   OAK LANE PRINTING, INC.
   9999 GLOBAL ROAD
   PHILADELPHIA, PA 19115




   Remit to:
   Gould Paper Corporation
   2284 PAYSPHERE CIRCLE
   CHICAGO, IL  60674




    DATE    INVOICE #     PURCHASE ORDER       DUE DATE    AMOUNT            DUE
   -------- -----------   ------------------   --------   -----------    -----------

   01/26/07 370000693603  070063                02/26/07      950.04         950.04
   01/29/07 370000694401  070070                02/28/07   31,783.99      31,783.99
   02/01/07 370000688201  070001                03/04/07    4,082.00       4,082.00
   02/05/07 370000694402  070070                03/07/07      655.34         655.34
                                                                       ------------

                                           TOTAL BALANCE DUE:             214,655.32




        CURRENT     1-30 DAYS    31-60 DAYS    61-90 DAYS   91-120 DAYS    120+ DAYS
           0.00         0.00          0.00          0.00          0.00    214,655.32
```