**JUDGE COTE**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**07 CIV. 7059**

| | |
|---|---|
| GOULD PAPER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OAK LANE PRINTING, INC.,<br><br>Defendant. | Civil Action No.<br><br>RULE 7.1 DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, Gould Paper Corporation, states that Plaintiff does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.

> LOWENSTEIN SANDLER PC
> 1251 Avenue of the Americas
> New York, New York 10020
> (212) 262-6700
> Counsel for Plaintiff Gould Paper Corporation
>
> By: *Kara K. Lewis*
> Kara K. Lewis, Esq. (KL7973)

Dated: August 3, 2007

RECEIVED
AUG 07 2007
U.S.D.C. S.D.N.Y.
CASHIERS

12447/68
08/02/2007 2208081.01