# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOULD PAPER CORPORATION, | SUMMONS IN A CIVIL ACTION |
| Plaintiff | **JUDGE COTE** |
| v. | CIVIL ACTION NUMBER: |
| OAK LANE PRINTING, INC., | |
| Defendant. | **'07 CIV 7059** |

TO:   Oak Lane Printing, Inc.
      9999 Global Road
      Philadelphia, PA 19115

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY

  Kara Kantor Lewis, Esq.
  LOWENSTEIN SANDLER PC
  1251 Avenue of the Americas, 18th Floor
  New York, NY 10020-6700
  (212) 262-6700

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON

_____         _____AUG 0 7 2007_____
CLERK                                                    DATE
_[signature]_
BY: DEPUTY CLERK

12447/68
08/02/2007 2208036.01

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 9/5/07 |
| NAME OF SERVER Stephan Inghillsri | TITLE Process Server |

Check one box below to indicate appropriate method of service

- [x] Served personally upon the defendant. Place where served **Oak Lane Printing 9999 Global Rd, Philadelphia, PA**

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

- [ ] Return unexecuted: _____

- [x] Other (specify). **Lisa Palmer, CFO accepted papers**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Services Fees is true and correct.

Executed on  9/5/07
              Date                    Signature of Server

Address of Server

Dawn V Engelhardt
State of New Jersey
My Commission Expires on 09-13-2010

*(signature: Dawn V Engelhardt)*



**OAK LANE PRINTING INC.**

Lisa Palmer
*Chief Financial Officer*
email: lpalmer@oak-lane.com

9999 Global Road, Philadelphia, PA. 19116
215-671-1305  FAX: 215-673-6977
www.oak-lane.com

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures

-2-