```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GOULD PAPER CORPORATION,

        Plaintiff,

  -against-

OAK LANE PRINTING, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No.
07 CV 7059 (DLC)

STIPULATION
AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the respective parties, that the time within which Defendant Oak Lane Printing, Inc. must answer or otherwise respond to the complaint is extended to and including October 16, 2007.

Dated: New York, NY
       September 26, 2007

| LOWENSTEIN SANDLER PC | SCHLAM STONE & DOLAN LLP |
|---|---|
| By: _____ <br> Kara K. Lewis (KL-7973) | By: _____ <br> Richard H. Dolan (RD-2212) |
| 1251 Avenue of the Americas <br> New York, NY 10020 <br> (212) 262-6700 | 26 Broadway <br> New York, NY 10004 <br> (212) 344-5400 |
| Attorneys for Plaintiff | Attorneys for Defendant |

SO ORDERED:

_____
Hon. Denise Cote, U.S.D.J.
Dated: September ___, 2007
        October 2, 2007