UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

GOULD PAPER CORPORATION,

                Plaintiff,              Civil Action No.
                                                07 CV 7059 (DLC)

  -against-

OAK LANE PRINTING, INC.,                     **RULE 7.1**
                                                    **STATEMENT**
                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      Defendant Oak Lane Printing, Inc. states that it is a privately held corporation. It does not have a parent corporation, and no publicly held corporation holds any stock in it.

Dated: New York, NY
       October 16, 2007

                                            SCHLAM STONE & DOLAN LLP

                                            By: _____
                                                 Richard H. Dolan (RD-2212)

                                            26 Broadway
                                            New York, NY 10004
                                            (212) 344-5400

                                            <u>Attorneys for Defendant</u>