# Lowenstein Sandler
ATTORNEYS AT LAW



**Kara Kantor Lewis**
Counsel
Tel 973 597 2482
Fax 973 597 2483
klewis@lowenstein.com

November 27, 2007

**CM/ECF Electronic Filing and First Class Mail**

**MEMO ENDORSED**

The Honorable Denise Cote, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 120
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07
```

**Re:   Gould Paper Corporation v. Oak Lane Printing, Inc.**
      **Civil Action No. 07-7059 (DLC)**

Dear Judge Cote:

This firm represents plaintiff Gould Paper Corporation in the above referenced matter. We write with the consent of defendant's counsel, Richard H. Dolan, Esq., to seek an adjournment of the initial pretrial conference currently scheduled for November 30, 2007 at 2:30 p.m.

The parties have reached a settlement in principle, but continue to work on finalizing the documentation. We respectfully request that the conference be adjourned for a few weeks so that the parties may conclude settlement discussions. We hope to be able to report to Your Honor that this case can be dismissed in the near term.

Thank you for your courtesies.

Respectfully submitted,

*Kara Lewis*

Kara Kantor Lewis

12447/68
11/27/07 2265043.01

cc:   Richard H. Dolan, Esq.

*[Handwritten endorsement:] The conference is adjourned to December 20, 2007 at 3:30 pm.*

*[Signed] Denise Cote*
*November 28, 2007*

Lowenstein Sandler PC                                                                    www.lowenstein.com

Reply:   65 Livingston Avenue  Roseland, New Jersey 07068  Tel 973 597 2500  Fax 973 597 2400
         1251 Avenue of the Americas  New York, New York 10020  Tel 212 262 6700  Fax 212 262 7402