UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOULD PAPER CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>OAK LANE PRINTING, INC.,<br><br>    Defendant. | Civil Action No. 07-CV-7059 (DLC)<br><br>STIPULATION OF DISMISSAL |

It is hereby stipulated and agreed by and between plaintiff Gould Paper Corporation and defendant Oak Lane Printing, Inc. that this matter be and hereby is dismissed with prejudice and without costs or attorneys' fees as to either party.

LOWENSTEIN SANDLER PC
1251 Avenue of the Americas
New York, New York 10020
Counsel for Plaintiff
Gould Paper Corporation

By: _____
    Kara K. Lewis, Esq. (KL7973)

Dated: December 19, 2007

SCHLAM STONE & DOLAN, LLP
26 Broadway
New York, New York 10004
Counsel for Defendant
Oak Lane Printing, Inc.

By: _____
    Richard H. Dolan, Esq. (RD2212)

Dated: December 19, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

The Clerk of Court shall close the case.

_____
December 20, 2007